UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | : | |
| v. | : | Crim. No. 09-096(WHW) |
| | : | |
| GEORGE ROMAN | : | <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with conspiring to import into the United States more than 500 grams of cocaine, contrary to 21 U.S.C. Sections 952(a) and 960(b)(2)(B), in violation of 21 U.S.C. Section 963, having been published on January 20, 2009; and the defendant being represented by Roland Acevedo, Esq.; and the defendant and his counsel being aware that he has the right to have the matter brought to trial within seventy (70) days of publication of defendant's indictment on this charge, pursuant to Title 18, United States Code, Section 3161(c)(1); and one continuance having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the defendant to enter a guilty plea; the Government having agreed to this continuance; and for good cause shown;

IT IS on this ___3___ day of ~~May~~ June, 2009,

ORDERED that from June 1, 2009, to and including August 1, 2009, shall be excluded under the Speedy Trial Act from

calculation of the time within which this matter must be tried for the following reasons:

1. The defendant and the United States have entered into a plea agreement, and both parties desire additional time to permit defendant to enter a guilty plea, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Randall H. Cook
Assistant U.S. Attorney

_____
Roland Acevedo, Esq.
Counsel for George Roman

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

TOTAL P.03